UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MATTHEW F. ROSS,

      Plaintiff,

v.                                              Case No.:  2:25-cv-958-SPC-DNF

TURQUOISE BAY RESORT LLC
and ROBERT RYAN KNIGHT,

      Defendants.

                            

## **ORDER**

This matter comes before the Court *sua sponte* after review of the Amended Complaint.  (Doc. 14).  Because the operative complaint is still a shotgun pleading, the Court dismisses it without prejudice.  But this time, for the reasons below, the Court will not grant leave to amend.

On January 6, 2026, the Court dismissed Plaintiff Matthew F. Ross's Supplemental Complaint as a shotgun pleading because it "repeats and re-alleges each and every allegation contained above as if fully set forth herein." (Doc. 12 at 2).  The Court explained that "Plaintiff must incorporate or separately allege under each count only the facts that are relevant to that count." (*Id.*).

Nevertheless, Plaintiff's Amended Complaint is still a shotgun pleading. Specifically, count II incorporates paragraphs 18–20 from count I, and count

III incorporates paragraphs 18–21 from count I and paragraphs 23–27 from count II. (Doc. 14). The Eleventh Circuit prohibits such pleading practices. *See Weiland v. Palm Beach Cnty. Sheriff's Off.*, 792 F.3d 1313, 1323 n.11 (11th Cir. 2015) (citing *Ambrosia Coal & Constr. Co. v. Pagés Morales,* 368 F.3d 1320, 1330 n.22 (11th Cir. 2004) (finding a shotgun pleading where "[m]any [counts] adopt the material allegations of the preceding counts or paragraphs such that some counts appear to state more than one cause of action")).

The Court already gave Plaintiff a chance to fix his pleading deficiencies and warned him that failure to comply with its Order could result in the dismissal and closure of this action without further notice. (Doc. 12 at 2–3). It will not give him another bite at the apple.

Accordingly, it is **ORDERED:**

(1) The Amended Complaint (Doc. 14) is **DISMISSED without prejudice**.

(2)  The Clerk is **DIRECTED** to enter judgment accordingly, deny all pending motions as moot, terminate any deadlines, and close the case.

**DONE** and **ORDERED** in Fort Myers, Florida on February 24, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record

2